UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 2:16-cv-00702-SPC-MRM

FRANCIS MARTINEZ,

        Plaintiff,

v.

WARAMAUG BONITA SPRINGS, LLC,
d/b/a LA QUINTA INN & SUITES,

        Defendant.

_____/

## PLAINTIFF'S NOTICE OF PENDING SETTLEMENT

Plaintiff, FRANCIS MARTINEZ ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 3.08, hereby gives notice that Plaintiff and Defendant ("Parties") have reached an agreement for settlement, and are in the process of finalizing the settlement documents. The Parties respectfully request twenty-one (21) days to finalize the settlement documents and file proper pleadings to close this matter out.

Respectfully submitted this 4th day of January, 2017.

BY:  /s/ Jason S. Weiss
        Jason S. Weiss
        Jason@jswlawyer.com
        Florida Bar No. 356890
        Peter S. Leiner
        Peter@jswlawyer.com
        Florida Bar No. 104527
        **WEISS LAW GROUP, P.A.**
        5531 N. University Drive, Suite 103
        Coral Springs, FL 33067
        Tel: (954) 573-2800
        Fax: (954) 573-2798
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of January, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

BY:   /s/ Jason S. Weiss
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890
Peter S. Leiner
Peter@jswlawyer.com
Florida Bar No. 104527